CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

　　450 Golden Gate Avenue
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7014
　　FAX: (415) 436-7234
　　Email: jean.Fundakowski@usdoj.gov

Attorneys for United States of America

```
FILED

Aug 20 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JERRY CHAN,<br><br>　　　Defendant. | ) CASE NO. CR25-00254 MAG<br>)<br>)<br>) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) —<br>) Operating a Motor Vehicle Under the Influence of<br>) Alcohol (Class B Misdemeanor); 36 C.F.R. §<br>) 1004.23(a)(2)—Operating a Motor Vehicle With a<br>) BAC of .08% or Greater (Class B Misdemeanor).<br>)<br>)<br>)<br>) SAN FRANCISCO VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 1004.23(a)(1) —Operating a Motor Vehicle Under the Influence of Alcohol)

　　On or about March 30, 2024, in the Northern District of California, on federally-owned land administered by the Presidio Trust, the defendant,

JERRY CHAN

INFORMATION

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

COUNT TWO: (36 C.F.R. § 1004.23(a)(2)—Operating a Motor Vehicle with a Blood or Breath Alcohol Content of 0.08% or Greater)

On or about March 30, 2024, in the Northern District of California, on federally-owned land administered by the Presidio Trust, the defendant,

JERRY CHAN

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while the alcohol concentration in his blood or breath was 0.08% or higher, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED:   August 19, 2025

CRAIG H. MISSAKIAN
United States Attorney

JEAN FUNDAKOWSKI
Assistant United States Attorney

INFORMATION